NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FREUD PROPHETE and KIWANA
PROPHETE,

        Appellants,

v.

PAT FRANK, as Clerk of the
Circuit Court for Hillsborough County,
Florida,

        Appellee.

Case No. 2D17-3810

Opinion filed February 8, 2019.

Appeal from the Circuit Court for
Hillsborough County; Claudia R. Isom,
Judge.

Arthur Barksdale, IV and Philip D. Storey,
of Alvarez, Winthrop, Thompson & Storey,
P.A., Orlando, for Appellants.

David M. Caldevilla of de la Parte & Gilbert,
P.A., Tampa; Dale K. Bohner, General
Counsel, Tampa; and Shelby K. Russ,
Staff Attorney, Tampa, for Appellee Pat
Frank, as Clerk of the Circuit Court for
Hillsborough County.


PER CURIAM.

Affirmed.

MORRIS and BLACK, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE, Concur.